10/06/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday October 29, 2003

9:30 a.m.

CASE NO.    3-01-cv-2094 Goncalves v Ford Motor Co
-----------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| James M. Campbell | Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, MA 617-241-3000 |
| Joel Thomas Faxon | Stratton Faxon, 59 Elm St., New Haven, CT 203-624-9500 |
| Mark Judson Hoover | Campbell, Campbell & Edwards, Two Riverview Square, East Hartford, CT 860-291-8419 |
| Michael A. Stratton | Stratton Faxon, 59 Elm St., New Haven, CT 203-624-9500 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 10/29/03

25 min.