# United States District Court
## District of Connecticut

OrdRefMag

Goncalves
*Plaintiff*
v.                              Case No. 3:01cv2094

Ford Motor Co.
*Defendant*

FILED OCT 29 2 54 PM '03

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**X** A settlement conference (orefmisc./cnf.)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_ Other: (orefmisc./misc)

SO ORDERED this __29th__ day of __October__, __2003__ at New Haven, Connecticut.

Hon. Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE