01 cv2094settle

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 18, 2003

10:00 a.m.

Held
6 hours

CASE NO. **3:01cv2094 (MRK)**    **Berta Goncalves, Admin Est of Ashley Marie Goncalves v. Ford Motor Co.**

James M. Campbell
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129


Joel Thomas Faxon          *Client available via phone.
Stratton Faxon
59 Elm St.
New Haven, CT 06510


Mark Judson Hoover
Campbell, Campbell & Edwards
Two Riverview Square
East Hartford, CT 06108


Michael A. Stratton
Stratton Faxon
59 Elm St.
New Haven, CT 06510


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK