UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JAN 15 | 0⁸ AM '04

| | |
|---|---|
| BERTA GONCALVES AS ADMINISTRATRIX ) <br> OF THE ESTATE OF ASHLEY MARIE ) <br> GONCALVES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORD MOTOR COMPANY, ) <br> ) <br> Defendant. ) <br> _____) | C.A. NO. 3:01CV2094 (MRK) <br><br><br> JANUARY 14, 2004 |

### JOINT MOTION TO CONTINUE

Now comes the parties and respectfully request a short continuance for the deadline to submit the Joint Pretrial Memorandum, in connection with the above matter. The Joint Pretrial Memorandum is currently due on January 15, 2004. The parties request that the deadline for the memorandum be continued until Tuesday, January 20, 2004. As grounds for this motion, the parties state that although they have been working on their portions of the memorandum, due to schedules they have not yet had the opportunity to exchange portions in order to submit the memorandum in a joint fashion.

The parties simply need a few additional days to complete the finalized version of the Joint Pretrial Memorandum.

Therefore the parties respectfully request that they be given until January 20, 2004 to complete and file the Joint Pretrial Memorandum.

PLAINTIFF
BERTA GONCALVES, ADMX. OF THE ESTATE OF ASHLEY MARIE GONCALVES

By her attorney,

*[signature]* (MAS)

Michael A. Stratton (ct 08166)
Stratton & Faxon
59 Elm Street
New Haven, CT 06510
(203) 624-9500


DEFENDANT
FORD MOTOR COMPANY

By its attorneys,

*[signature]*

James M. Campbell (ct 09276)
Mark J. Hoover (ct 15546)
Campbell Campbell Edwards & Conroy
Two Riverview Square
East Hartford, CT 06108
(860) 291-8419