AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Connecticut_____

Berta Goncalves, Administratrix

vs.

Ford Motor Company

**APPEARANCE**

Case Number: 3:01cv2094 (MRK)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Berta Goncalves as Administratrix of the Estate of Ashley Marie Goncalves, Plaintiff

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/21/2004 | [signature] |
| Date | Signature |
| | Michael R. Denison     ct 25371 |
| | Print Name     Bar Number |
| | 59 Elm Street |
| | Address |
| | New Haven     CT     06510 |
| | City     State     Zip Code |
| | (203) 624-9500     (203) 624-9100 |
| | Phone Number     Fax Number |

## CERTIFICATION

This is to certify that an original was mailed to the clerk of the court and a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this 21th day of January, 2004, to:

**United States District Court**
Clerk of the Court
141 Church Street
New Haven, CT  06510


**James M. Cambell, Esq.**
**Mark J. Hoover, Esq.**
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02128

_____
Michael R. Denison, Esq.