UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BERTA GONCALVES AS ADMINISTRATRIX OF THE ESTATE OF ASHLEY MARIE GONCALVES,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | C.A. NO. 3:01CV2094 (MRK)<br><br>JANUARY 20, 2004 |

## NOTICE OF MANUAL FILING

Pursuant to this court's October 29, 2003 scheduling order, the parties to the above-captioned action hereby give notice of filing the original Joint Pretrial Memorandum, with eleven (11) attachments, as hard copies. The parties further state that electronic versions of all documents, in .pdf format, will be filed with this court on January 21, 2004 via overnight mail in compliance with the order.

DATE: January 20, 2004

PLAINTIFF
BERTA GONCALVES,
By her attorney,

_____
Michael A. Stratton (ct 08166)
Stratton & Faxon
59 Elm Street
New Haven, CT 06510
(203) 624-9500

DEFENDANT
FORD MOTOR COMPANY,
By its attorneys,

_____
James M. Campbell (ct 09276)
Mark J. Hoover (ct 15546)
Campbell Campbell Edwards & Conroy
Two Riverview Square
East Hartford, CT 06108
(860) 291-8419