UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GONCALVES, | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv2094 (MRK) |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE**

Pursuant to a conference held with the parties on January 21, 2004, the following is ordered:

1. The parties will submit short (less than five pages) briefs detailing objections to any evidence or witnesses proposed by their opponents by **February 20, 2004**.

2. Replies to the objections will be filed by **March 12, 2004**.

3. A Final Pre-Trial Conference will be held **May 19, 2004 at 9:30 a.m**.

4. Jury selection will be held **June 1, 2004**, and the trial will commence immediately thereafter.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: January 21, 2004