UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GONCALVES, | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv2094 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The parties' Joint Motion To Continue [doc. #26], dated January 14, 2004, is hereby **DENIED as moot**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 26, 2004.