UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday January 21, 2004
3:30 p.m.

CASE NO. **3:01cv2094 MRK**   **Goncalves v Ford Motor Co.**

James M. Campbell
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129


Joel Thomas Faxon
Stratton Faxon
59 Elm St.
New Haven, CT 06510

**STATUS CONFERENCE HELD**
DATE: 1/21/04
40 min.

Mark Judson Hoover
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02129


Michael A. Stratton
Stratton Faxon
59 Elm St.
New Haven, CT 06510


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK