UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BERTA GONCALVES AS ADMINISTRATRIX: OF THE ESTATE OF ASHLEY MARIE GONCALVES, | CIVIL ACTION NO. 3:01CV2094(AWT) MRK |
| v. | FEBRUARY 26, 2004 |
| FORD MOTOR COMPANY, | |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO OBJECT TO EVIDENCE AND WITNESSES SET FORTH BY THE DEFENDANT

Pursuant to D. Conn. L.R. Civ. P. 9 (b)(1), the plaintiff in the above-entitled matter moves for an extension of time until today to file objections to the witnesses and evidence set forth in the defendant's lists attached to the joint trial memorandum. Plaintiff's counsel just finished a jury trial on February 20, 2004, and mistakenly overlooked the February 20, 2004 deadline for submission of brief objections. The granting of this request should not effect the rest of the scheduling order, and the objections are submitted contemporaneously with this motion. The defendant does not consent to this motion.

THE PLAINTIFF

By: _____
Michael A. Stratton, Esq.
STRATTON FAXON
59 Elm Street
New Haven, CT  06510
(203) 624-9500
(203) 624-9100 fax
mstratton@strattonfaxon.com
Federal Bar No. ct 08166

## CERTIFICATION

This is to certify that an original was mailed to the clerk of the court and a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this 26th day of February, 2004, to:

**United States District Court**
Clerk of the Court
141 Church Street
New Haven, CT 06510

**James M. Cambell, Esq.**
**Mark J. Hoover, Esq.**
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02128

_____
Michael A. Stratton, Esq.