UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BERTA GONCALVES AS ADMINISTRATRIX OF THE ESTATE OF ASHLEY MARIE GONCALVES, | : <br> : CIVIL ACTION <br> : NO. 3:01CV2094(~~AWT~~) MRK <br> : |
| v. | : FEBRUARY 26, 2004 |
| FORD MOTOR COMPANY, | : |

### PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S TRIAL EXHIBITS

Pursuant to the Court's orders, the plaintiff objects to the following exhibits as set forth in the Defendant's Proposed Trial Exhibits:

| | |
|---|---|
| Exhibit 501: | The police report contains multiple hearsay statements and the conclusions of the officers as to fault. |
| Exhibits 508, 509: | The criminal transcript of Maione is not admissible under any of the hearsay exceptions. |
| Exhibit 517: | No foundation |
| Exhibits 520-522: | Insurance should not be brought into the case, and there is no foundation for the admission. |
| Exhibit 527: | This exhibit is not properly described so as to respond. |
| Exhibits 531-535: | Depositions should only be admitted if relevant, and this wholesale offer is objectionable. |
| Exhibit 536: | The CV's of plaintiff's experts may not be offered, and are cumulative if testimony is received. |

Exhibit 538:        Hearsay

Exhibit 539:        Hearsay

Exhibits 540-545:   This is an overbroad offer, and needs to be broken down.

Exhibits 546-551:   No foundation, and the expert will testify his reports should not be submitted.

Exhibits 558-563:   No foundation, and any reanimation is objected to as not being a true rendition of the accident.

Exhibit 565:        Cumulative, and no foundation.

Exhibits 566-571:   No foundation

Exhibits 572-573:   Expert testimony not reports are admissible.

Exhibits 574-634:   No foundation or relevance.

Exhibits 635-663:   No foundation.

Exhibits 663-666:   Expert reports, CV, casebooks are not admissible.

Exhibits 667-797:   No foundation

2

THE PLAINTIFF

By: _____
Michael A. Stratton, Esq.
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
(203) 624-9500
(203) 624-9100 fax
mstratton@strattonfaxon.com
Federal Bar No. ct 08166

3

## **CERTIFICATION**

This is to certify that an original was mailed to the clerk of the court and a copy of the foregoing has been sent, via U.S. Mail, postage prepaid, on this 26th day of February, 2004, to:

**United States District Court**
Clerk of the Court
141 Church Street
New Haven, CT  06510

**James M. Cambell, Esq.**
**Mark J. Hoover, Esq.**
Campbell, Campbell, Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02128

_____
Michael A. Stratton, Esq.

4