UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GONCALVES, | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv2094 (MRK) |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Motion For Extension Of Time To Object To Evidence And Witnesses Set Forth By The Defendant [doc. #34], dated February 26, 2004 is hereby **GRANTED.**

IT IS SO ORDERED.

/s/       Joan G. Margolis       
U.S. Magistrate Judge

Dated at New Haven, Connecticut: March 3, 2004.