UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BERTA GONCALVES AS ADMINISTRATRIX OF THE ESTATE OF ASHLEY MARIE GONCALVES,  )<br>)<br>)<br>) | |
| Plaintiff,  ) | C.A. NO. 3:01CV2094 (MRK) |
| )<br>v.  )<br>) | |
| FORD MOTOR COMPANY,  )<br>) | MAY 14, 2004 |
| Defendant.  )<br>) | |

**JOINT MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE, JURY SELECTION AND TRIAL**

Now come the parties to the above-captioned matter and hereby respectfully request a continuance of the Pre-Trial Conference, currently set for Wednesday, May 19, 2004 at 9:30 a.m. and the Jury Selection and Trial, currently set for Tuesday, June 1, 2004. As grounds for this Joint Motion, and as set forth below, lead counsel for both parties are currently, or will be, engaged in lengthy trials.

As this Court may recall when a Status Conference was held on January 21, 2004, both parties indicated that potential trial conflicts existed for a June 1, 2004 trial date, but the hope was that these other matters might resolve or otherwise get rescheduled. Unfortunately to date, neither of those has happened.

For example, counsel for the plaintiff, Michael Stratton, is currently engaged in trial in the matter of Lieberman v. Otis Elevator, CV 00-0440701S in the Judicial District of New Haven at New Haven. This matter is expected to last until at least May 25, 2004. Plaintiff's counsel is then scheduled to begin another trial in the case of Klimasewski v.

Lewis, CV 99-0266089S in the Judicial District of New Haven at Meriden. This case is expected to begin on or about May 25, 2004 and run until June 12, 2004.

In addition, lead trial counsel for Ford Motor Company, James M. Campbell, is scheduled to begin a wrongful death case in Newark, New Jersey on May 24, 2004 in the matter of Dasti v. Ford Motor Company, et al., Docket No. L-7623-01. This is a firm trial date and the case is expected to last at least three (3) weeks. Mr. Campbell is then scheduled to begin another product liability case in Boston, Massachusetts on June 12, 2004 in the matter of Choi v. Toyota Motor Corp., C.A. No. 99-6133C. This matter is expected to last four to five weeks.

Because of the pending trial conflicts, the parties respectfully request that the Court continue the Pre-Trial Conference, the Jury Selection and the Jury Trial.

PLAINTIFF,

BERRTA GONCALVES, ADMX. OF
THE ESTATE OF ASHLEY MARIE GONCALVES

By her Attorney,

_____
Michael A. Stratton (ct 08166)
Stratton & Faxon
59 Elm Street
New Haven, CT 06510
(203) 624-9500

DEFENDANT,

FORD MOTOR COMPANY

By Its Attorneys,

_____
James M. Campbell (ct09276)
Mark J. Hoover (ct 15546)
Campbell Campbell Edwards
& Conroy
Two Riverview Square
East Hartford, CT 06108
(860) 291-8419

Dated: May 14, 2004