UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GONCALVES, | : | |
| | : | |
| Plaintiff, | : | NO. 3:01cv2094 (MRK) |
| | : | |
| v. | : | |
| | : | |
| FORD MOTOR COMPANY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Joint Motion For Continuance Of Pre-Trial Conference, Jury Selection and Trial [doc. #39], dated May 14, 2004, is hereby GRANTED. The following modified trial schedule will govern:

1. The parties are ordered to confer in good faith regarding the motions in limine and objections set forth in their Joint Trial Memorandum and to file a Supplemental Joint Trial Memorandum by **August 23, 2004** indicating which objections and motions, if any, require judicial attention and why.

2. A Final Pre-Trial Conference will be held **September 2, 2004, at 4:00 p.m.**

3. Jury selection will be held **September 27, 2004 at 9:30 a.m.** and the trial will commence on **September 28, 2004 at 9:30 a.m.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 28, 2004.