UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| GONCALVES, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:01cv2094 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| FORD MOTOR COMPANY, | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

In light of the Court's May 20, 2004 Order granting the Joint Motion for Continuance [doc. #40], the Court DENIES without prejudice the parties' Motions to Strike Trial Exhibits [docs. #33, 35], in the expectation that they will be renewed at the time of filing the parties' Supplemental Joint Trial Memorandum.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 28, 2004.