UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BERTA GONCALVES AS ADMINISTRATRIX OF THE ESTATE OF ASHLEY MARIE GONCALVES,<br><br>      Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>      Defendant. | C.A. NO. 3:01CV2094 (MRK) |

### STIPULATION OF DISMISSAL

Now come the parties and pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismiss the above-captioned matter with prejudice and without costs to either party. The parties also agree to dismiss any claims brought, or could have been brought with prejudice.

PLAINTIFF                                                                 DEFENDANT

BERTA GONCALVES, ADMX. OF                          FORD MOTOR COMPANY
THE ESTATE OF
ASHLEY MARIE GONCALVES

By her attorney,                                                          By its attorneys,

_____                               _____
Michael A. Stratton (ct 08166)                              James M. Campbell (ct 09276)
Stratton & Faxon                                                      Mark J. Hoover (ct 15546)
59 Elm Street                                                            Campbell Campbell Edwards & Conroy
New Haven, CT 06510                                           One Constitution Plaza
(203) 624-9500                                                         Boston, MA 02129
                                                                                    (617) 241-3000

Dated: 9/15/04